UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AIG FEDERAL SAVINGS BANK and )<br>WILMINGTON FINANCE, INC., )<br>)<br>Defendants. )<br>) | Civil Action No. 10-cv-00178-LPS |

## [PROPOSED] ORDER

FOR GOOD CAUSE SHOWN, the Clerk is directed to reopen this case; and,

PURSUANT TO the Consent Order previously entered by this Court (Dkt. # 4), this case shall be and hereby is dismissed with prejudice. Parties shall bear their own costs.

SO ORDERED, this 6th day of December, 2016

_____
UNITED STATES DISTRICT JUDGE